

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00474-CR

———————————————

ABDIAS KOBE ESPINOZA, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court No. 1851227

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

Appellant Abdias Kobe Espinoza attempts to appeal his convictions for burglary of a habitation with intent to commit a felony other than felony theft and aggravated robbery. *See* Tex. Penal Code Ann. §§ 29.03 (aggravated robbery), 30.02(d) (burglary of a habitation with intent to commit a felony other than felony theft). Pursuant to a charge bargain,[1] Espinoza pled guilty to those counts in exchange for the State waiving four other counts brought against him. As part of his written plea agreement, Espinoza waived his right to appeal.

In accordance with the parties' plea agreement, the trial court found Espinoza guilty and sentenced him to forty-five years' confinement on each of the non-waived counts, with both of them to be served concurrently. Consistent with Espinoza's plea agreement, the trial court's "Certification of Defendant's Right of Appeal" states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2), (d).

On December 29, 2025, we notified Espinoza of the certification and warned him that we would dismiss the appeal unless we received a response by January 8, 2026, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We have received no response.

---

[1]*See Harper v. State*, 567 S.W.3d 450, 454–55 (Tex. App.—Fort Worth 2019, no pet.) (discussing charge bargains).

In accordance with the trial court's certification, we dismiss Espinoza's appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *see, e.g.*, *Menendez v. State*, No. 02-24-00033-CR, 2024 WL 1207297, at *1 (Tex. App.—Fort Worth Mar. 21, 2024, no pet.) (per curiam) (mem. op., not designated for publication).

/s/ Dana Womack

Dana Womack
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: January 30, 2026